UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                        Plaintiff,

          -against-

ADAM DANIEL SOMMER; CARI JOY
SOMMER.,

                        Defendants.

24 CIVIL 10080 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 09, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    January 14, 2025
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge